# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re: Carroll Lee Jones Jr.,       xxx-xx-4677        Case # 04-40409-T
      Sharon C. Jones       Xxx-xx-5663
  Debtor(s)

## REPORT BY TRUSTEE OF COMPLETION
## OF PLAN PAYMENTS

     NOW COMES the Chapter 13 Trustee herein, Robert E. Hyman, and certifies to the Court that the debtors have completed their plan payments pursuant to the confirmed plan in this case and are entitled to receive their discharge at this time pursuant to Sec. 1328(a) of the Bankruptcy Code.  Your trustee will proceed to close this case and file his "Final Report And Account upon the clearing of all outstanding checks.

Respectfully submitted,


/s/ Robert E. Hyman
Robert E. Hyman
Chapter 13 Trustee

Dated: November 20, 2007

**ROBERT E. HYMAN, CHAPTER 13 TRUSTEE**
P. O. BOX 1780
RICHMOND, VIRGINIA 23218-1780
Phone (804)775-0979     Fax (804)775-0986

Carroll Lee & Sharon C Jones Jr

4701 WAYSIDE ROAD

CHARLES CITY, VA  23231


Re:  Case 04-40409-T


Dear Mr. & Mrs. Jones Jr.,;

  Congratulations on your completing the payments under your Chapter 13 plan.  I know it has been a long and hard road you have traveled in keeping these payments current and paying your creditors to the best of your financial ability over these months and years of the plan.  You are to be commended for your efforts.


  I would suggest when you receive your "discharge" paper in the mail from the court that you contact the credit bureaus at the addresses or phone numbers below and send a copy of the discharge paper and Final Report to:

EQUIFAX INFORMATION SERVICES    EXPERIAN CONSUMER

P. O. BOX 105873         ASSISTANCE

ATLANTA, GA 30348       P. O. BOX 2002

1-800-685-1111        ALLEN, TX 75013

            1-888-397-3742

TRANS UNION CREDIT INFORMATION CO.

P. O. BOX 2000

CHESTER, PA   19022

1-800 916-8800


  If my office can be of assistance with regard to creditors who have been paid pursuant to your confirmed plan please phone us at the above number for such assistance.

  I again congratulate you on paying your creditors under your plan.

       Very truly yours,


       Robert E. Hyman

       Chapter 13 Trustee

REH\SLP