# United States Bankruptcy Court
## FOR THE
### EASTERN DISTRICT OF VIRGINIA

IN RE: Carroll Lee & Sharon Jones Jr　　　　CASE No. 00-04-40409
　　　　4701 WAYSIDE ROAD
　　　　CHARLES CITY, VA  23231

## FINAL REPORT AND ACCOUNT
### DATED: 12-10-07
### CLOSED [COMPLETE]

Pursuant to Chapter 13 Rule 2015[a][6], your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015[a][6] are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.　　$21184.56
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　100.00 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | RESURGENT ACQUISITION L.L.C. | WITHDRAWN | | | | |
| 002 | RESURGENT ACQUISITION L.L.C. | WITHDRAWN | | | | |
| 003 | RESURGENT ACQUISITION L.L.C. | WITHDRAWN | | | | |
| 004 | CATO CORPORATION | UNSECURED | 3910.85 | 3910.85 | | |
| 005 | HOMECOMINGS FINANCIAL NETWORK | WITHDRAW | | 1342.82 | | |
| 006 | HOMECOMINGS FINANCIAL NETWORK | WITHDRAW | | 969.36 | | |
| 007S | DRIVETIME/FKA UGLY DUCKLING | SECURED | 3056.02 | 3056.02 | 266.67 | |
| 008P | INTERNAL REVENUE SERVICE | PRIORITY | 4620.51 | 4620.51 | | |
| 008U | INTERNAL REVENUE SERVICE | UNSECURED | 1585.36 | 1585.36 | | |
| 011 | CAPITAL ONE | UNSECURED | 689.34 | 689.34 | | |
| 012 | INTERNAL REVENUE SERVICE | PRIORITY | 1235.00 | 1235.00 | | |
| 100 | KRUMBEIN & ASSOCIATES, PLLC | ATTORNEY FEES | 1494.00 | 1494.00 | | |
| 101 | KRUMBEIN & ASSOCIATES, PLLC | ATTORNEY FEES | 565.00 | 565.00 | | |

ATTORNEY　　　　　: HARTLEY E. ROUSH, ESQUIRE
DATE FILED　　　　: 11-10-04
DATE CONFIRMED　　: 04-01-05
DATE TERMINATED　 :

REFUND TO DEBTOR: 771.81

| | |
|---|---|
| ATTORNEY FEES | 2059.00 |
| SECURED ARREARAGE | 2312.18 |
| PRIORITY | 5855.51 |
| REFUND, PLAN | 771.81 |
| SECURED | 3056.02 |
| TRUSTEE COMMISSION | 677.82 |
| UNSECURED | 6185.55 |
| INTEREST | 266.67 |
| TOTAL DISBURSEMENTS | 21184.56 |

　　　　　　　　　　　　　　　　　　　　　　　　/S/ Robert E. Hyman
　　　　　　　　　　　　　　　　　　　　　　　　　　TRUSTEE